03-15-00245-CV/269,313-C

We have yet to receive payment for preparation of the clerk's record, therefore the record has not been prepared or sent.

Thank you,
Lacey
Bell County
Deputy Clerk